IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JAMES B. VANDEVENDER**,

**Plaintiff,**

**v.**

**CSX TRANSPORTATION, INC.,**

**Defendant.**                                                                  No. 09-0467-DRH

## ORDER

**HERNDON, Chief Judge:**

On September 28, 2010, the parties filed a stipulation for dismissal without prejudice (Doc. 34). Based on the stipulation, the Court **DISMISSES without prejudice** this matter with each party to pay its own costs. The Court will close the file.

**IT IS SO ORDERED.**

Signed this 29th day of September, 2010.

/s/    David R Herndon
**Chief Judge**
**United States District Court**